| | | |
|---|---|---|
| | AUSA: Devon Schulz | Telephone: (313) 226-9100 |
| AO 91 (Rev. 11/11) Criminal Complaint | Special Agent: Todd Reineck | Telephone: (313) 965-2323 |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
v.

Steven Mark Skeens

Case: 2:19-mj-30645
Judge: Unassigned,
Filed: 12-11-2019 At 12:30 PM
IN RE: SEALED MATTER (CMP)(CMC)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 31, 2019 through December 2, 2019__ in the county of _____Jackson_____ in the _____Eastern_____ District of _____Michigan_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC § 2252A(a)(2) | Receipt/distribution of child pornography |
| 18 USC § 2252A(a)(5)(B) | Possession of child pornography |

This criminal complaint is based on these facts:
see attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Todd C. Reineck, Special Agent (FBI)
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __12/11/19__

City and state: __Detroit, Michigan__

_____
Judge's signature

Hon. R. Steven Whalen, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Todd C. Reineck, being first duly sworn on oath, state that:

1.      I am employed as a Special Agent (SA) with the Federal Bureau of Investigation (FBI), and have been so employed since February 2006. For seven years, I was assigned to the Violent Crimes Squad in Detroit, where I investigated violations involving child sexual exploitation. While assigned to the Violent Crimes Squad, I was a member of the Southeast Michigan Crimes Against Children (SEMCAC) Task Force. In October 2010, I became the task force coordinator for SEMCAC and held that position through June of 2012. As of June of 2012, SEMCAC had investigated over 62 cases involving state and federal prostitution, child exploitation, commercial sex trafficking of adults and children, and child pornography. I have been the primary case agent for at least one dozen investigations of violations involving child pornography and have participated in multiple other investigations of the same. I have received training in investigating child pornography and child exploitation, and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media, including computer media. I am currently assigned to the FBI Flint Resident Agency. In 2017, I started the Northeast Michigan Trafficking and Exploitation Crimes (NEMTEC) Task Force and continued to investigate crimes against children cases. I am currently on a temporary

1

assignment to the FBI Ann Arbor Resident Agency of the Detroit Division of the FBI and continue to investigate crimes involving child sexual exploitation.

2. This affidavit is made in support of an application for a criminal complaint and arrest warrant for STEVEN MARK SKEENS (DOB: 06/XX/1980), for violations of 18 U.S.C. § 2252A(a)(2), receipt and distribution of child pornography, and 18 U.S.C. § 2252A(a)(5)(B), possession of child pornography.

3. I make this affidavit from personal knowledge based on my participation in this investigation, communications with others who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience. The information outlined below is provided for the limited purpose of securing an arrest warrant and establishing probable cause that SKEENS committed the above-listed offenses. This affidavit, therefore, does not contain all details or all facts of which I am aware relating to this investigation.

## PROBABLE CAUSE

4. On or about September 25, 2019, an FBI employee acting in an undercover capacity (online undercover employee or OCE) conducted an investigation into the sharing of child pornography files on Application A[1]. Application A is a free mobile application that can be downloaded on Android or

---

[1] The true name of Application A is known to law enforcement but not revealed here to protect the integrity of the ongoing investigation.

2

iOS devices that permits users to stream live video of themselves to an anonymous audience of fellow Application A users. Application A creates a unique identifier, typically a string of numbers, for each individual user. Each user also has the ability to create a screen name, which can be changed at any time.

5. Application A allows users to create "groups," where like-minded individuals can chat with and text other users and post videos and images to the group's page. During the course of their investigation, the OCE identified several groups that appeared, based on their names, to be involved in the sharing of child pornography. The OCE was granted access to multiple groups, including "wicked pervs."

6. In the group "wicked pervs," the OCE observed that hundreds of images and videos of child pornography and links to child pornography were posted to group's page, where the posts were viewable and accessible by other members of the group. The OCE told me that the images and videos posted in "wicked pervs" are described as prepubescent children, including infants and toddlers, who are being sexually assaulted by adults and other children.

7. The OCE observed that on or about September 25, 2019, Application A profile identifier 158814930, using screenname Stroke4You13, posted a video to the group "wicked pervs" depicting a nude prepubescent girl being vaginally raped with a large object by a nude adult male wearing a clown mask. I believe the video

3

was posted on or about September 25, 2019, because the timestamp on Stroke4You13's account stated the video was posted "Yesterday 11:07 AM," and the video was screen-recorded by the OCE on September 26, 2019. I reviewed this video and determined that it meets the federal definition of child pornography.

8. The most frequent IP address used to log into Stroke4You13's account was determined to be registered to Steven Mark SKEENS at XX5 E. Trail Street, Unit F-1, Jackson, MI. On November 27, 2019, I obtained a federal search warrant to search the above address.

9. On December 3, 2019, I, along with other agents, executed the search warrant at the above address. SKEENS, his fiancée, and two children were at the residence. During the execution of the search warrant, SKEENS was interviewed. SKEENS admitted to using Application A and other applications on his cellular phone to view child pornography. SKEENS also advised that agents would find child pornography on his cell phone and his laptop and that he regularly deleted child pornography from his cell phone to "keep it clean."

10. SKEENS's cell phone, an LG Q710AL Stylo 4, was seized during the execution of the search warrant. According to subpoena results from Application A, this was the same make and model of cell phone that was used to log into Stroke4You13's account on multiple occasions.

4

11. Following the execution of the search warrant, SKEENS's cell phone was forensically downloaded. I reviewed the contents of SKEENS's cell phone on December 4 and December 5, 2019. I found hundreds of thumbnail photographs of child pornography and at least 91 videos containing child pornography. The date range of when the child pornographic videos on his cellular phone appear to have been downloaded is from on or about July 31, 2019 through on or about December 2, 2019. I have reviewed these videos and believe, based on my training and experience, that these videos meet the federal definition of pornography. An example of these videos are below:

      a. A video named depicting a prepubescent female exposing and touching her genitals. This video was dated October 28, 2019, and was found on the memory card of the phone under filepath WhatsApp/.shared/ subfile.

      b. A video depicting an adult male having vaginal sex with a prepubescent female. This video was dated December 2, 2019, and was found on the internal storage of the phone under filepath Download/TamTam/subfile. The video was approximately 1 minute and 38 seconds in length.

      c. A video that appears to be the same video that was posted by Stroke4You13's account to Application A account on or about September 25, 2019. This video was found on the memory card and was dated September 24, 2019.

12. As described above, some of the child pornography videos on SKEENS's phone were found in applications called TamTam and Telegram which were both disabled. TamTam and Telegram are messaging applications that are

used to send information (which could include videos) to other users of the applications.

## CONCLUSION

13. Based on the foregoing, there is probable cause to believe that on or about July 31, 2019, and continuing until December 2, 2019, in the Eastern District of Michigan, SKEENS did knowingly receive and distribute child pornography, in violation of 18 U.S.C. § 2252A(a)(2), and that on or about December 3, 2019, also in the Eastern District of Michigan, SKEENS possessed child pornography, in violation of 18 U.S.C. § 2252A(a)(5)(B).

Respectfully submitted,

*[signature]*

Todd C. Reineck, Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me
On the 11th day of December, 2019.

*[signature]*

Hon. R. Steven Whalen
UNITED STATES MAGISTRATE JUDGE

Date: 12/11/19

6